IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| SANTIAGO GUADALUPE CARRANZA | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:10CV61 |
| UNITED STATES OF AMERICA | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Santiago Guadalupe Carranza, an inmate confined at the Federal Correctional Institution in Texarkana, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed as petitioner has failed to meet the criteria required to support a claim under the savings clause of Section 2255.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

---

[1] Petitioner did file a Response to the Magistrate's Recommendation stating he concedes to the findings of the report and recommendation and "respectfully notes that he has exercised his right to this appeal to preserve the issue in the case that Blakely may become retroactive." *See* doc. entry no. 5.

**SIGNED this 2nd day of July, 2010.**

                                                DAVID FOLSOM
                                                UNITED STATES DISTRICT JUDGE